```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

GEORGE STOKES, et al.,                1:19-cv-20601 (NLH) (AMD)

        Plaintiffs,              **MEMORANDUM OPINION & ORDER**

  v.

ARAMARK CORPORATION, et al.,

        Defendants.

**APPEARANCES**:

George Stokes
260218
Atlantic County Jail
5060 Atlantic Ave.
Mays Landing, NJ 08330

David Dean, Jr.
275604
Atlantic County Jail
5060 Atlantic Ave.
Mays Landing, NJ 08330

Eddie J. Ward
274677
Atlantic County Jail
5060 Atlantic Ave.
Mays Landing, NJ 08330

    Plaintiffs Pro se

**HILLMAN, District Judge**

    WHEREAS, Plaintiffs George Stokes, David Dean Jr., and Eddie Ward, pretrial detainees confined at the Atlantic County Jail, filed an amended complaint pursuant to 42 U.S.C. § 1983 against Aramark Company and others for the quality of the food

served at the county jail, see ECF No. 6; and

WHEREAS, the Court dismissed the amended complaint without prejudice for failure to state a claim, ECF No. 16; and

WHEREAS, the Court granted Plaintiffs permission to move to amend the complaint within 30 days, see id.; and

WHEREAS, Plaintiff Stokes filed a "motion to report defendants' misconduct and to request an extension of time" on June 22, 2020, see ECF No. 57; and

WHEREAS, Plaintiff Stokes wrote to the Court requesting an additional 30 days to file the second amended complaint, ECF No. 17; and

WHEREAS, the second amended complaint was previously due October 29, 2020,

THEREFORE, IT IS on this  17th  day of November, 2020

ORDERED that Plaintiff's request for an extension of time, ECF No. 17, is granted.  Plaintiffs may have until December 4, 2020 to submit a proposed second amended complaint; and it is finally

ORDERED that the Clerk shall send a copy of this order to Plaintiffs by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.