UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
GEORGE STOKES, et al.,              :
                                    :
        Plaintiff,                  :   Civ. No. 19-20601 (NLH) (AMD)
                                    :
    v.                              :   MEMORANDUM AND ORDER
                                    :
                                    :
ARAMARK CORPORATION, et al.,        :
                                    :
        Defendants.                 :
_____ :

    The Court previously afforded Plaintiff two extensions to file an amended complaint on November 17, 2020 and January 12, 2021.  ECF Nos. 18, 22.  In the January 21, 2021 Order granting a second extension, the Court explicitly stated that the second extension was the final one, and that the failure to submit a proposed second amended complaint by February 19, 2021 would result in dismissal with prejudice.  ECF No. 22.

    On February 22, 2021, the Court received a letter postmarked February 16, 2021, requesting another extension due to Covid-19-related delays, specifically to "[d]aily functions and mail," as well as quarantine precautions.  ECF No. 23.  Plaintiff's request will be denied.

    ACCORDINGLY, IT IS on this   25th    day of May, 2021

ORDERED that the amended complaint, ECF No. 6, is dismissed with prejudice for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Opinion and Order upon Plaintiffs by regular U.S. mail and mark this case closed.

At Camden, New Jersey                          s/ Noel L. Hillman
                                                  NOEL L. HILLMAN, U.S.D.J.